IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHANIE ANN RIPPLE, Administratrix, | : | Civil No. 4:25-CV-00322 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ANTHONY MATULEWICZ, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 30th day of January, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) Plaintiff's objections, Docs. 64 & 76, are **OVERRULED**.

2) The August 21, 2025 report and recommendation, Doc. 41, is **ADOPTED**. Defendant Michael O'Donnell's motion to dismiss, Doc. 32, is **GRANTED** and the claims against Defendant O'Donnell are **DISMISSED WITH PREJUDICE**.

3) The September 12, 2025 report and recommendation, Doc. 43, is **ADOPTED**. Plaintiff's complaint against Defendant Leticia James, Doc. 1, is **DISMISSED WITHOUT PREJUDICE**.

4) Plaintiff's motion for relief from judgment, Doc. 49, is **GRANTED**. The court's August 20, 2025 order, Doc. 39, is **VACATED**.

5) Plaintiff's objections, Docs. 49 & 50, to the May 28, 2025 and June 2, 2025 reports and recommendations are **OVERRULED**.

6) The May 28, 2025 report and recommendation, Doc. 35, and the June 2, 2025 report and recommendation, Doc. 38, are **ADOPTED**. The motions to dismiss, Docs. 20 & 27, are **GRANTED**. Plaintiff's complaint, Doc. 1, against Defendants John Wetzel, David W.

Sunday, Jr., and Heath Brosius is **DISMISSED WITH PREJUDICE**.

7) Plaintiff's remaining motions at Docs. 44, 46, 55, 60–63, 65, 67–69, 71–75, 77–80, and 82–87 are **DENIED AS MOOT**.

8) The Clerk of Court shall close this case.

s/Jennifer P. Wilson  
JENNIFER P. WILSON  
United States District Judge  
Middle District of Pennsylvania